UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT EUGENE ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-4091** |
| **ST. TAMMANY PARISH, ET AL.** | **SECTION: "I"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's failure to identify the basis for his objection to the Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 24th day of January, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, beyond registering his objection, the plaintiff offers no reason whatsoever why the Report and Recommendation does not warrant the Court's approval.