UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT EUGENE ALLEN | CIVIL ACTION |
| VERSUS | No. 17-4091 |
| ST. TAMMANY PARISH ET AL. | SECTION I |

### ORDER

Before the Court is an ex parte motion[1] filed by plaintiff for leave to file an untimely appeal. The Court notes that plaintiff previously filed a notice of appeal on January 22, 2018,[2] two days before the Court entered judgment.[3] It appears that plaintiff never pursued his appeal.

To the extent that plaintiff seeks permission to file a second notice of appeal, plaintiff has not demonstrated "excusable neglect or good cause" to justify the extension of his time to file such notice.[4] Fed. R. App. P. 4(a)(5)(A)(ii); *see Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. Partnership*, 507 U.S. 380, 395 (1993) (interpreting the phrase "excusable neglect" in the context of the federal bankruptcy

---

[1] R. Doc. No. 29.
[2] R. Doc. No. 26.
[3] R. Doc. No. 28. "A notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry." Fed. R. App. P. 4(a)(2).
[4] Plaintiff offers no explanation as to why he did not pursue his appeal after the Court entered judgment. *See* R. Doc. No. 29. Rather, he simply objects to the Court's final disposition of his case, stating that "[t]hroughout this filing of this complaint, plaintiff has requested that 'no final disposition' be made until 'all' medical results/testing were completed." *Id.* at 1. This objection, however, does not explain his failure to timely pursue his case before the Fifth Circuit.

1

rules); *Halicki v. La. Casino Cruises, Inc.*, 151 F.3d 465, 469 (5th Cir. 1998) (extending *Pioneer* to Federal Rule of Appellate Procedure 4(a)(5)). Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, May 1, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**